NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ,**

*Plaintiff-Appellant*

**v.**

**HOWARD M. KAUSNER, dba Amor Arm Apartments, et al.,**

*Defendants-Appellees*

---

2024-2011

---

Appeal from the United States District Court for the Central District of California in No. 2:05-cv-00397-NM-VBK, Judge Nora M. Manella.

---

PER CURIAM.

**O R D E R**

Ricardo Jose Calderon Lopez brought suit against the various appellees in California state court and then sought to remove the case to federal court.  The appellees moved to dismiss.  On May 23, 2005, the district court ordered that the last such motion was submitted for consideration, and on May 24, 2005, the district court granted the motions. On June 17, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a decision entered "05/23/2005" in the district court action.

2                                                    CALDERON LOPEZ v. KAUSNER

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 60 days after entry of final judgment when the case involves United States agencies and officers, 28 U.S.C. § 2107; Fed. R. App. P. 4.  Here, Mr. Calderon Lopez's notice of appeal, filed over 19 years after the district court's May 23, 2005 decision, is clearly untimely.  For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 24, 2024
Date